| AO-10<br>Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT**<br><br>Calendar Year 2004 | **Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)** |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Watkins, William K | 2. Court or Organization<br><br>U.S. District Court, M.D. AL | 3. Date of Report<br><br>10/3/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>District Judge Nominee | 5. ReportType (check appropriate type)<br><br>◉ Nomination,   Date   9/28/2005<br><br>○ Initial    ○ Annual    ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>8/31/2005 |
| 7. Chambers or Office Address<br><br>78 South Court Square<br><br>Post Office Box 489<br><br>Troy, Alabama 36081 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____   Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member/ Partner | Calhoun, Faulk, Watkins & Faircloth, LLC |
| 2. | Member | Rosewood Martin, LLC |
| 3. | Member (sold 7/05) | GSW, LLC |
| 4. | Member | DQV, LLC (family business) |
| 5. | Member (no management responsibility) | CKT, LLC |
| 6. | Member (no management responsibility) | WE, LLC |
| 7. | Director, Shareholder | Powermaster, Inc. (family business) |
| 8. | Local Director - Advisory | Wachovia Bank, Troy, Alabama Branches |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2005 | Calhoun, Faulk, Watkins & Faircloth, LLC - Purchase by law firm of my ownership interest - to be determined |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | Calhoun, Faulk, Watkins & Faircloth, LLC | $224,972.00 |
| 2. | 2003 | South Trust Bank - Director's Fee | $1,200.00 |
| 3. | 2004 | Calhoun, Faulk, Watkins & Faircloth, LLC | $201,551.00 |
| 4. | 2004 | South Trust Bank - Director's Fee | $1,200.00 |
| 5. | 2005 | Calhoun, Faulk, Watkins & Faircloth, LLC | $130,688.00 |
| 6. | 2005 | South Trust Bank - Director's Fee | $1,000.00 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | Troy Regional Hospital - Nurse - salary |
| 2. | 2005 | Troy Regional Hospital - Nurse - salary |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Exempt | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Exempt | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | South Trust Bank | GSW Real Estate Loan | P1 |
| 2. | First National Bank of Brundidge | Signature | K |
| 3. | South Trust Bank | JB Wiley Real Estate Loan | K |
| 4. | Regions Bank | North Carolina Real Estate | L |
| 5. | SunTerra Financial | Maui Timeshare | K |
| 6. | South Trust Bank | Lucas Real Estate Loan | K |
| 7. | South Trust Bank | Dairy Queen Real Estate Loan | N |
| 8. | Federal Land Bank | Rosewood Martin Real Estate Loan | M |
| 9. | Troy Bank and Trust Company | Turkey Mountain Real Estate Loan | L |
| 10. | Troy Bank and Trust Company | Saco Real Estate Loan | M |
| 11. | Wachovia Bank | CKT Real Estate Loan | N |

# FINANCIAL DISCLOSURE REPORT

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 12. | Patricia G. Dickens | CKT Real Estate bridge loan | P1 |
| 13. | Chase/ Bank One | Credit Card | J |
| 14. | Chase Platinum | Credit Card | K |
| 15. | Citi Card | Credit Card | J |
| 16. | MBNA | Credit Card | J |
| 17. | MBNA | Credit Card | K |
| 18. | American Express | Credit Card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Watkins, William K | 10/3/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Rental - South Brundidge Street, Troy, AL | B | Rent | L | T | Exempt | | | | |
| 2. Rental - DQV, LLC (51% interest), Troy, AL | D | Investment | N | R | | | | | |
| 3. Rental - Needmore Road (McVay), Troy, AL | B | Rent | K | T | | | | | |
| 4. Rental - Love Street, Troy, AL | B | Rent | K | T | | | | | |
| 5. Needmore Farm (2/3 interest), Troy, AL | A | Investment | O | W | | | | | |
| 6. Needmore Farm (2/3 interest), Troy, AL, Royalty Interest | A | Investment | J | W | | | | | |
| 7. Court Square Law Office (1/3 interest), Troy, AL | A | Investment | L | W | | | | | |
| 8. Elba Farm (1/4 interest), Coffee County, AL | A | Investment | L | W | | | | | |
| 9. Sylva, North Carolina cabin | B | Investment | M | Q | | | | | |
| 10. Sylva, NC, 30.67 acres (contract to close on 10/15/05) | A | Investment | N | Q | | | | | |
| 11. Rental - 123 Madison Street, Troy, AL | E | Investment | L | W | | | | | |
| 12. County Barn property (1/2 interest), Troy, AL | A | Investment | J | W | | | | | |
| 13. Lucas Farm (128 acres), Pike County, AL | A | Investment | M | W | | | | | |
| 14. Lucas Farm (128 acres), Pike County, AL, Royalty Interest | A | Investment | J | W | | | | | |
| 15. Carlisle Lot (1/2 interest), Troy, AL | A | Investment | J | W | | | | | |
| 16. Suzie Smith Place (30 acres-IRA), Troy, AL | A | Investment | L | W | | | | | |
| 17. Suzie Smith Place (30 acres-IRA), Troy, AL, Royalty Interest | A | Investment | J | W | | | | | |
| 18. Saco (1/2 interest; 167 acres), Pike County, AL | A | Investment | M | W | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Watkins, William K | 10/3/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Saco (1/2 int/; 167 acres),Pike Co., AL, Royalty Interest | A | Investment | J | W | Exempt | | | | |
| 20. Rosewood Martin, LLC (104 acres), Troy, AL | A | Investment | M | W | | | | | |
| 21. Rosewood Martin, LLC (104 acres),Troy, AL,Royalty Interest | A | Investment | J | W | | | | | |
| 22. Turkey Mountain, LLC (19% interest), Pike County, AL | A | Investment | K | W | | | | | |
| 23. Turkey Mtn., LLC(19% int.), Pike Co., AL, Royalty Interest | A | Investment | J | W | | | | | |
| 24. CKT, LLC (1/3 interest), Real Estate Development | A | Investment | N | R | | | | | |
| 25. WE, LLC (50% interest), Royalty Interest | A | Investment | J | W | | | | | |
| 26. GSW, LLC (1/3 interest), Real Estate Development | A | Investment | O | T | | | | | |
| 27. Powermaster, Inc. (1/3 interest), family business | A | Investment | K | W | | | | | |
| 28. A.G.E. Jt. Ten/ Centennial Money Market Trust | A | Interest | J | W | | | | | |
| 29. [A.G. E. TMW IRA]     Coca-Cola Co. | A | Dividend | J | T | | | | | |
| 30. Regions Financial Corp. - common | A | Dividend | J | T | | | | | |
| 31. Investment Co. of America | A | Dividend | J | T | | | | | |
| 32. [A.G.E. - WKW - SEP] Centennial Money Market Trust | A | Interest | J | T | | | | | |
| 33. American International Group, Inc. - common | A | Dividend | J | T | | | | | |
| 34. Boeing Company - common | A | Dividend | J | T | | | | | |
| 35. Chevron Texaco Corp. - common | A | Dividend | J | T | | | | | |
| 36. Sisco Systems, Inc. - common | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Citi Group, Inc. - common | A | Dividend | J | T | Exempt | | | | |
| 38. Coca-Cola - common | A | Dividend | J | T | | | | | |
| 39. Colonial Properties Trust | A | Dividend | J | T | | | | | |
| 40. Comcast Corp. - common | A | Dividend | J | T | | | | | |
| 41. ConocoPhillips - common | A | Dividend | J | T | | | | | |
| 42. Exxon Mobil - common | A | Dividend | J | T | | | | | |
| 43. General Dynamics Corp.- common | A | Dividend | J | T | | | | | |
| 44. General Electric Co. - common | A | Dividend | J | T | | | | | |
| 45. Hersheys Food Corp. - common | A | Dividend | J | T | | | | | |
| 46. Intel Corp. - common | A | Dividend | J | T | | | | | |
| 47. IBM - common | A | Dividend | J | T | | | | | |
| 48. Johnson & Johnson - common | A | Dividend | J | T | | | | | |
| 49. Lowe's - common | A | Dividend | J | T | | | | | |
| 50. MBNA - common | A | Dividend | J | T | | | | | |
| 51. Microsoft - common | A | Dividend | J | T | | | | | |
| 52. Nextel - common | A | Dividend | J | T | | | | | |
| 53. Pfizer - common | A | Dividend | J | T | | | | | |
| 54. Southwest Airline Company - common | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Watkins, William K | 10/3/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. Target Corporation - common | A | Dividend | J | T | Exempt | | | | |
| 56. Time Warner - common | A | Dividend | J | T | | | | | |
| 57. United Technology - common | A | Dividend | J | T | | | | | |
| 58. Viacom - common | A | Dividend | J | T | | | | | |
| 59. Wachovia Corporation - common | B | Dividend | K | T | | | | | |
| 60. Wal-Mart Stores, Inc. - common | A | Dividend | J | T | | | | | |
| 61. Wal-Green Company - common | A | Dividend | J | T | | | | | |
| 62. [CHS - TMW 401(k)] Scudder Flg. Inv. Val. Builder A | A | Dividend | L | T | | | | | |
| 63. CHS Company Stock Fund | A | Dividend | J | T | | | | | |
| 64. E.D. Moseley Note | A | Interest | J | V | | | | | |
| 65. Accounts Receivable - Law Firm | A | Other | K | W | | | | | |
| 66. Law Firm - 1/3 interest | | None | J | W | | | | | |
| 67. SouthTrust Bank - Dimensions Account | A | Interest | J | T | | | | | |
| 68. Principal: Variable Universal Life Policy | A | Int. & Div. | J | T | | | | | |
| 69. Northwestern Mutual WKW 318 Variable Universal Life | A | Int. & Div. | J | U | | | | | |
| 70. Northwestern Mutual TM 010 Extraordinary Life | A | Int. & Div. | J | T | | | | | |
| 71. Northwestern Mutual WKW 575 Extraordinary Life | A | Int. & Div. | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Watkins, William K | 10/3/2005 |

# VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS      (Indicate part of Report.)

In Section VII:

Items 29, 30 and 31 are held in an A.G. Edwards IRA for Teresa M. Watkins.

Items 32 through 61 are held in A.G. Edwards SEP for William K. Watkins.

Items 62 and 63 are held in Teresa M. Watkins' 401(K) plan with her employer.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Watkins,  William K | 10/3/2005 |

# IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____          Date _October 3, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH
## AS OF 10/01/05

———

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 10 | 000 | Notes payable to banks-secured | | | 0 |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | 75 | 000 |
| Listed securities-add schedule | | | | Notes payable to relatives | | | 0 |
| Unlisted securities--add schedule | | 25 | 000 | Notes payable to others | | | 0 |
| Accounts and notes receivable: | | | | Accounts and bills due | | 4 | 000 |
|   Due from relatives and friends | | 6 | 580 | Unpaid income tax (estimated) | | 5 | 000 |
|   Due from others (Accounts Receivable-Law Firm) | | 30 | 000 | Other unpaid income and interest | | | |
|   Doubtful | | | | Real estate mortgages payable - see schedule | 1 | 186 | 622 |
| Real estate owned-add schedule | 2 | 492 | 100 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 98 | 700 | | | | |
| Cash value-life insurance | | 23 | 696 | | | | |
| Other assets itemize: | | | | | | | |
| 1031 Transactions | | 300 | 000 | | | | |
| IRA, SEP, Retirement | | 272 | 126 | | | | |
| 1/3 Law Practice (excluding A/R) | | 10 | 000 | Total liabilities | 1 | 270 | 622 |
| CKT, LLC - Capital Account | | 103 | 000 | Net Worth | 2 | 100 | 580 |
| Total Assets | 3 | 371 | 202 | Total liabilities and net worth | 3 | 371 | 202 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor (See schedule) | 1 | 303 | 920 | Are any assets pledged? (See Real Estate Schedule) | | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? No | | | |
| Legal Claims | | | | Have you ever taken bankruptcy?  No | | | |
| Provision for Federal Income Tax | | 10 | 000 | | | | |
| Other special debt | | | | | | | |

## Schedule of Real Estate Owned

## WILLIAM KEITH WATKINS

| Description | KW Value | Mtg. Amt. - KW% |
|---|---|---|
| House & 2.5 ac. (built 1991) | $275,000.00 | $50,000.00<br>$137,000.00 |
| Needmore Farm (110 ac) | 550,000.00 | - |
| Court Square Law Office (1/3 interest) | 70,000.00 | 24,000.00 |
| Elba Farm (120 ac) (1/4 interest) | 75,000.00 | - |
| Sylva N.C. (Cabin & 2 Lots) | 160,000.00 | 94,000.00 |
| 123 Madison - office | 72,000.00 | 48,688.89 |
| DQV - Dairy Queen (1/2 interest) | 331,500.00 | 180,000.00 |
| Co Barn (IRA) (1/2 interest) | 8,000.00 | - |
| Lucas (127 ac) | 192,000.00 | 42,500.00 |
| SunTerra EVR, Maui* | 30,000.00 | - |
| Rosewood Martin, LLC (104 ac) | 115,000.00 | 103,100.00 |
| Carlisle Lot (1 ac) (1/2 interest) | 10,000.00 | - |
| Suzie Smith (30 ac - IRA) | 39,000.00 | - |
| Saco (167 ac) (1/2 interest) | 150,000.00 | 125,000.00 |
| Turkey Mountain, LLC (200 ac) (19% interest) | 64,600.00 | 60,000.00 |
| CKT, LLC (20.79 ac) (1/3 interest) | 350,000.00 | 322,334.00 |
| **(TOTAL KW VALUE)** | **$2,492,100.00** | **$1,186,622.89** |

Owned jointly with spouse